1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Case No.  CV 17-08284-AB (RAOx)

Virgin Scent, Inc.

      Plaintiff,

ORDER DISMISSING CIVIL ACTION

v.

Bel Air Naturals Care Corp. et al

      Defendants.

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 7, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE